CARTER C. WHITE, CSB # 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, CA 95616-8821
Telephone: 530.752.5440
Facsimile: 530.752.5788
ccwhite@ucdavis.edu

LAURENCE O. MASSON, CSB # 87794
LAW OFFICE OF LAURENCE O. MASSON
One Maritime Plaza, Suite 1040
San Francisco, CA 94111
Telephone: 415.951.1942
Facsimile: 415.951.1943
lomlex@pacbell.net

Attorneys for Plaintiff Juan Carlos Valadez Lopez

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VALADEZ-LOPEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL CHERTOFF, et al.,<br><br>　　　　Defendants. | CASE NO. C-06-5000 JCS<br><br>**[PROPOSED] ORDER CHANGING TIME FOR CASE MANAGEMENT CONFERENCE** |

　　　　On this day came on to be considered the motion of the Plaintiff, asking the Court to enlarge the time for the case management conference, and the Court, being of the opinion that good cause exists for this change does hereby

　　　　ORDER that the Initial Case Management Conference (CMC) is rescheduled for __January 12__, 2007, in courtroom A, 15th floor, San Francisco, at 1:30 PM o'clock.

All other deadlines from the Court's August 17, 2006, scheduling order are modified accordingly (21 days and 7 days before CMC).

Entered this _1st day of December, 2006.

_____
United States Magistrate Judge
Judge Joseph C. Spero