United States District Court

For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6    JUAN CARLOS VALADEZ LOPEZ,              Case No.  C06-05000 JCS

7              Plaintiff(s),

8         v.                                  **ORDER GRANTING PLAINTIFF'S
                                             MOTION TO ENLARGE TIME TO
9    MICHAEL CHERTOFF, ET AL.,                SERVE COMPLAINT {Docket No. 12]**

10             Defendant(s).
   _____/
11

12        On December 15, 2006, Plaintiff filed a Motion to Enlarge Time to Serve Complaint.

13        IT IS HEREBY ORDERED THAT the Motion is GRANTED. The U.S. Marshal Service

14   shall have an additional sixty (60) days to complete service upon Defendants.

15        IT IS SO ORDERED.

16

17   Dated:  December 18, 2006

18                                           _____
                                             JOSEPH C. SPERO
19                                           United States Magistrate Judge

20

21

22

23

24

25

26

27

28