IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VALADEZ LOPEZ,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL, CHERTOFF, et al,<br><br>    Respondent.<br>_____ | No. 05-04192 RMW |
| JUAN CARLOS VALADEZ LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Defendants.<br>_____/ | No. 06-05000 CW<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

    Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned cases to District Judge Ronald M. Whyte to consider whether these cases are related. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

  3/13/07

Dated _____

_____
CLAUDIA WILKEN
United States District Judge